## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

BILLY W. BLAYLOCK and
KATHY J. BLAYLOCK                                              09-11085-DWH

### ORDER RE: MOTION TO DISMISS (DKT#48)

THIS MATTER came before the Court on Trustee's Motion to Dismiss and the respective response thereto after notice and opportunity for hearing, and the Court, being fully advised in the premises, does hereby find and Order as follows:

1. Debtor failed to appear in defense of the motion.

2. Debtor's Counsel was present.

3. Trustee's Motion to Dismiss shall be and is hereby sustained.

4. This case shall be and is hereby dismissed.

SO ORDERED this the 8th day of November, 2010.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
817 East River Place
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
ssmith@barkley13.com